**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Arsenio GARCIA–CRUZ, Defendant– Appellant.**

No. 13–10174.

United States Court of Appeals, Ninth Circuit.

Submitted June 25, 2014.*

Filed June 27, 2014.

Christina Marie Cabanillas, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Henry L. Jacobs, Law Offices of Henry Jacobs, Tucson, AZ, for Defendant–Appellant.

Arsenio Garcia–Cruz, pro se.

Before: HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM** \*\*

Arsenio Garcia–Cruz appeals from the revocation of supervised release and six-month sentence imposed upon revocation. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Garcia–Cruz's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Garcia–Cruz the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.